**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  WILLIAM KIRKPATRICK JR,              No C-09-4139 VRW (PR)

12                  Plaintiff,

13            v                          ORDER OF DISMISSAL

14  R WONG, WARDEN

15                  Defendant.           (Doc #3)

16  _____/

17

18          On September 8, 2009, William Kirkpatrick, Jr, a state

19  prisoner at San Quentin State Prison and frequent litigant in

20  federal court, filed a civil rights action again complaining about

21  his meals in prison.  Doc #1; see Kirkpatrick v Wong, No C-09-1564

22  VRW (PR) (N D Cal filed April 9, 2009).  On that same date, the

23  court notified plaintiff in writing that the action was deficient

24  because he did not pay the requisite $ 350.00 filing fee or,

25  instead, submit a signed and completed court-approved in forma

26  pauperis application, including a completed certificate of funds in

27  his prison account and a copy of his prison trust account statement

28  for the last six months.  See 28 USC § 1915(a)(2).  Plaintiff was

1  advised that failure to file the requested items within thirty days

2  would result in dismissal of the action.  Doc #2.  On September 25,

3  2009, plaintiff submitted an in forma pauperis application, which

4  was incomplete because it did not include a completed certificate of

5  funds in his prison account and a copy of his prison trust account

6  statement for the last six months.  Doc #3.

7        Over forty days have elapsed since plaintiff was notified

8  of his filing deficiency; however, he has not provided the court

9  with the requisite items, or sought an extension of time to do so.

10  Accordingly, the action is DISMISSED without prejudice.

11        The clerk shall close the file and terminate all pending

12  motions as moot.

13

14        IT IS SO ORDERED.

15

16

17  _____

18  VAUGHN R WALKER
    United States District Chief Judge

19

20

21

22

23

24

25

26  G:\PRO-SE\VRW\CR.09\Kirkpatrick-09-4139-dismiss ifp deficiency.wpd

27

28                              **2**